

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2020

No. 04-20-00207-CR

Jacob Charles **SMITH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6598
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

After we granted court reporter Connie S. Calvert's first motion for an extension of time to file the reporter's records, we set the records due on August 14, 2020. *See* TEX. R. APP. P. 35.3(c). Ten days after the due date, the court reporter filed a second request for an extension of time to file the reporter's records until September 14, 2020. In her request, she explained that she has been tending to her elderly mother's life-threatening health issues that have been exacerbated by the COVID-19 pandemic.

On September 14, 2020, Connie S. Calvert filed a status report but did not state when the records would be ready. She noted her nonagenarian mother suffered another debilitating setback, and she (Connie S. Calvert) would need additional time to complete the records.

We construe the August 24, 2020 motion and the September 14, 2020 report as requests for an extension of time to file the reporter's records. We GRANT the requests for a period of THIRTY DAYS.

We ORDER court reporter Connie S. Calvert to file the reporter's records in these cases by October 14, 2020. *See id.*

If the court reporter is unable to file the completed records by October 14, 2020, any further request for additional time to file the records **must** be accompanied by a signed, written status report that provides the information specified below and states why she was unable to complete the record either personally or by acquiring outside assistance.

The status report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form.

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

The preferred form for the status report, with an accompanying example, is attached.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2020.

MICHAEL A. CRUZ, Clerk of Court